## John Riley, Appellant, v. John J. Webb et al., Appellees.

### Gen. No. 6,218.　(Not to be reported in full.)

Appeal from the Circuit Court of Will county; the Hon. ARTHUR W. DE SELM, Judge, presiding. Heard in this court at the October term, 1915. Transferred to Supreme Court. Opinion filed December 8, 1915.

### Statement of the Case.

Bill in equity by John Riley, complainant, against John J. Webb and others, defendants, to contest the will of Thomas H. Riley, deceased. Complainant was one of the heirs at law of testator, who died leaving a widow and no descendants, and whose heirs at law were his brothers and the daughter of a deceased brother. From a decree sustaining the will, complainant appeals.

THOMAS H. RILEY and BRICKWOOD & BRICKWOOD, for appellant.

JOHN W. DOWNEY and CORLETT & CLARE, for appellees.

PER CURIAM.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 126*—*when appeal from decree sustaining will raises question of freehold.* An appeal from a decree sustaining a will raises a question of freehold where the will devises real estate to the widow of testator which such widow could not have taken as heir at law, and makes other devises of real estate and annuities charged on real estate to persons not heirs at law, since if the will had been set aside all such interests in the real estate would have been defeated, and the real estate so devised would have

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

in part passed to heirs at law who took nothing under the will.

2. APPEAL AND ERROR, § 123*—*when Appellate Court no jurisdiction of question involving freehold.* The Appellate Court has no jurisdiction to determine a question of freehold.

3. APPEAL AND ERROR, § 123*—*when cause improperly appealed will be transferred to Supreme Court.* A cause improperly appealed to the Appellate Court because involving a freehold will be transferred to the Supreme Court under section 102 of the Practice Act (J. & A. ¶ 8639).